**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**ALISA A WARE,**

      **Plaintiff,**

**v.**                                           **CASE NO. 1:05-cv-00100-MP-AK**

**JO ANNE B BARNHART,**

      **Defendant.**

_____/

## <u>REPORT AND RECOMMENDATION</u>

Plaintiff brings this cause pursuant to 42 U.S.C. § 405(g) seeking judicial review of the administrative denial of her application for supplemental security income benefits under Title XVI of the Social Security Act.  (Doc. 1).  Defendant has moved to remand this matter (doc. 15) to the Commissioner under sentence four of 42 U.S.C. § 405(g) which provides that:

> The court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

Defendant concedes that this action should be remanded to the Administrative Law Judge for additional action, and specifically requests that upon remand the Administrative Law Judge will clarify which of Plaintiff's impairments either alone or in combination are severe.  The ALJ will also conduct a full credibility analysis and articulate specific reasons for his credibility determination.  The ALJ will clearly articulate Plaintiff's RFC and indicate if his RFC is based on any medical opinion in the record and then explain if his decision

deviates from any such opinion.  If the ALJ makes a finding that Plaintiff cannot perform her past relevant work, he shall obtain vocational expert testimony and afford Plaintiff the opportunity to cross examine the expert.  Any hypothetical used by the ALJ in conjunction with the vocational expert's testimony shall accurately reflect the Plaintiff's RFC.  This Court shall also enter a final judgment under Rule 58, Federal Rules of Civil Procedure.

Plaintiff has no objection to the motion to remand.

Accordingly, it is **RECOMMENDED** that Defendant's motion to remand (doc. 15) be **GRANTED**, and this cause **REMANDED** to the Commissioner for further proceedings by the Administrative Law Judge, as set forth above.  It is also recommended that final judgment be entered.

**IN CHAMBERS** at Gainesville, Florida, this **25th** day of January, 2006.


s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**